**SEALED**

AO 442 (12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,                    **WARRANT FOR ARREST**

     vs.

RUFUS PAUL HARRIS                            CASE NO. 1:09-CR-406 —TCB – 1

To:    The United States Marshal
       and any Authorized United States Officer

       **YOU ARE HEREBY COMMANDED** to arrest RUFUS PAUL HARRIS  and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

Charging him or her with (brief description of offense):  SECURITIES FRAUD

in violation of **Title 18, United States Code, Section(s) 1348**

JAMES N. HATTEN                              Clerk, U.S. District Court
Name of Issuing Officer                      Title of Issuing Officer

_[signature]_                                September 16, 2009  at  Atlanta, Georgia
Signature of Issuing Officer                 Date and Location

Bail Fixed at  $_____               By:_____
                                                Name of Judicial Officer

**FILED IN CLERK'S OFFICE**
U.S D.C. Atlanta

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at:

NOV 1 7 2009

    _Surrendered To_                         U.S. Marshals Service  JAMES N. HATTEN, CLERK
                                                75 Spring Street  Rm 1669      _[signature]_  Deputy Clerk
                                                Atlanta, Georgia  30303

Date Received: _____                 Name and Title of Arresting Officer

Date of Arrest:  11-3-09                      _[signature]_  Aaron Benton
                                                Signature of Arresting Officer
                                                USMS N/GA

#61490-019